IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN BURKHART,<br><br>    Petitioner,<br><br>v.<br><br>THERESA GONZALEZ,<br><br>    Respondent. | No. C 10-1967 LHK (PR)<br><br>ORDER GRANTING APPLICATION FOR ENLARGEMENT OF TIME FOR RESPONDENT TO FILE AN ANSWER<br><br>(Docket No. 28) |

    Good cause appearing, Respondent's application for an extension of time to file an answer is GRANTED.

    Respondent shall file his answer on or before **July 1, 2011.** Petitioner shall file his traverse within **thirty (30) days** from the date the answer is filed.

    This order terminates docket no. 28.

    IT IS SO ORDERED.

DATED: 5/9/11

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Order Granting Application for Enlargement of Time for Respondent to File an Answer
P:\PRO-SE\SJ.LHK\HC.10\Burkhart967eot-answer.wpd