1

2

3

4

5

6

7

8

9

10

11

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BRIAN BURKHART,                          )        No. C 10-1967 LHK (PR)
                                         )
                    Petitioner,          )        JUDGMENT
                                         )
    vs.                                  )
                                         )
THERESA GONZALEZ,                        )
                                         )
                    Respondent.          )
_____)

12

13

14

15

16

17

18

        The Court has denied the instant petition for writ of habeas corpus on the merits.

Therefore, judgment is entered in favor of Respondent.  Petitioner shall take nothing by way of

his petition.  The Clerk shall close the file.

        IT IS SO ORDERED.

Dated:   _____5/30/12_____

19

20

21

22

LUCY H. KOH
United States District Judge

23

24

25

26

27

28

Judgment
Burkhart967jud.wpd